UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:15-MJ-1599-JG

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL COMPLAINT |
| ) | |
| ALI DHAHER AL-DARAJY ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the Criminal Complaint, Arrest Warrant, Affidavit of Kevin Wright, Motion to Seal, and this Order to Seal in the above-captioned matter be sealed until the arrest of Mr. Al-Darajy.

~~The undersigned Assistant United States Attorney further requests that~~ The Court directs the Clerk of Court to provide the Government, and the agent, with a copy of the Affidavit of Kevin Wright, submitted in support of the Criminal Complaint, Arrest Warrant, the Motion to Seal, and the Order to Seal.

SO ORDERED.

This the 29 day of May, 2015.

JAMES E. GATES
United States Magistrate Judge