IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-188-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ALI DHAHER AL-DARAJY | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Ali Dhaher Al-Darajy, on November 23, 2015, the following property is hereby forfeitable pursuant to 18 U.S.C. § 981 (a)(1)(C), to wit:

Personal Property, including, not limited to:

(A) The following U.S. currency seized during the course of the investigation:

    (i)     $36,222.15 in U.S. currency seized from Bank of America account ending 5882;

    (ii)     $2,662.50 in U.S. currency seized Hannah Stop n' Shop, located on Wilmington Street, in Raleigh, North Carolina;

    (iii)     $30,682.00 in U.S. currency seized from the defendant;

(B)   2013 Chevrolet Truck, VIN 1GCHCPEX7DZ150880;

(C)   2013 Chevrolet Truck, VIN 1GC1KVCG9DF102386;

(D)   2013 Chrysler 300, VIN 2C3CCAAG1DH508036;

1

(E)  2014 Honda Accord, VIN: 1HGCR3F81EA025056; and

(F)  Ali Group Incorporated, including, but is not limited to:

    (i)  Hannah Stop n' Shop and

    (ii)  Hannah Stop n' Drink.

Real Property, including, but not limited to:

(a)  4112 Green Road, Raleigh, North Carolina, legally described in Book 07470, page 0874 of the Wake County Registry;

(b)  3801 Western Boulevard, Raleigh, North Carolina legally described in Book 13981, page 1030 of the Wake County Registry;

(c)  1006 Carlton Avenue, Raleigh, North Carolina, legally described in Book 15189, page 2069 of the Wake County Registry; and

(d)  $42,449.15 in net proceeds from the sale of 7002A and 7044A Longstreet Drive Raleigh, North Carolina, legally described in Book 15625, page 1487 and Book 15615, page 0454 of the Wake County Registry.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement and the defendant's agreement therein, the United States is now entitled to possession of said property pursuant to Fed.R.Crim.P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.  That based upon the Memorandum of Plea Agreement as to the defendant, Ali Dhaher Al-Darajy, the United States is hereby authorized to seize the above-stated property, and it is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed.

2

Case 5:15-cr-00188-D   Document 55   Filed 05/27/16   Page 2 of 4

R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant, and pursuant to 18 U.S.C. § 981(f), all right, title, and interest of the defendant in the property described herein vested in the United States upon the commission of the acts giving rise to forfeiture.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This _27_ day of _May_____, 2015.

_____
JAMES C. DEVER, III
Chief United States District Judge