IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-188-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | PROTECTIVE ORDER |
| | ) | |
| ALI DHAHER AL-DARAJY | ) | |

Upon Motion by the Government and the Petitioner's consent thereto, it is hereby **ORDERED** that the Government's Motion for a Protective Order is **GRANTED**.

It is further **ORDERED** that the Petitioners, their counsel, and persons retained by their counsel shall not disseminate any of the information produced by the Government pursuant to its discovery obligations, except to prepare witnesses and to make pretrial, trial and post-trial filings.   If counsel or persons retained by counsel use the discovery material to prepare witnesses, such witnesses are only allowed access to such material in the presence of counsel or a person retained by counsel.   No further dissemination of such material by the Petitioners, their counsel, or persons retained by their counsel is allowed without prior Court approval.

This **21** day of **July**, 2016.

_____
JAMES C. DEVER III
Chief United States District Judge

1