IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-188-D

UNITED STATES OF AMERICA     :
                             :
        v.                   :
                             :
ALI DHAHER AL-DARAJY         :

CONSENT ORDER AS TO CLAIMANTS HANEEN AL-DARAJY,

SABBI, LLC AND JILL S. KAPLAN

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court the following:

1.    They have settled the litigation in this matter.

2.    The Settlement Agreement constitutes the full and complete record of this agreement of this matter. There are no other terms of this agreement in addition to or different from the terms contained herein.

It is therefore,

ORDERED that the real property located at 4112 Green Road, Raleigh, North Carolina, and legally described in Book 07470, page 0874 of the Wake County Registry, is released from this criminal forfeiture action. The United States will execute a non-warranty deed to release any claim to and interest which it

1

may have in the subject real property to Haneen Al-Darajy, and it will promptly withdraw any lis pendens it has filed which encumbers the property being released;

ORDERD that the United States release $12,500.00 in seized funds to Haneen Al-Darajy, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect. Payment shall be made payable to Claimant via electronic funds transfer by the U. S. Department of Treasury according to the information provided by counsel for Claimant on the executed ACH Payment Enrollment Form;

ORDERED that the United States release any interest that the defendant had in the equipment and inventory owned by Ali . Group Incorporated, and which is located in the stores known as Hannah Stop n' Shop and Hannah Stop n' Drink.

ORDERED that Sabbi, LLC pay to the United States the sum of $225,000, payable on execution of this settlement, in lieu of the forfeiture of the below-listed real property to the United States:

a) 3801 Western Boulevard, Raleigh, North Carolina legally described in Book 13981, page 1030 of the Wake County Registry; and

b) 1006 Carlton Avenue, Raleigh, North Carolina, legally

2

described in Book 15189, page 2069 of the Wake County Registry;

ORDERED that the $225,000 is forfeited to the United States to be disposed of according to law. Payment to be made by bank check, money order, or other secure funds payable to the "United States Department of Treasury" and mailed to the United States Attorney's Office;

ORDERED that the United States execute a non-warranty deed to release any claim to and interest which it may have in the subject real property described in a) and b) above to Sabbi, LLC and/or Jill S. Kaplan, and assign any interest or claim it may have to the member ownership interest which the defendant has in Sabbi, LLC to Jill S. Kaplan. In addition, the United States shall promptly withdraw any lis pendens it has filed which encumbers the property being released;

ORDERED that the remaining balance of the seized currency, that is, $57,066.65 is forfeited to the United States, to be disposed of by the United States Department of Treasury according to law;

ORDERED that the personal property and proceeds from the sale of real property listed in the May 27, 2016 Preliminary Order of Forfeiture are forfeited to the United States to be disposed of according to law, to wit:

3

Personal Property

2013 Chevrolet Truck, VIN 1GCHCPEX7DZ150880;

2013 Chevrolet Truck, VIN 1GC1KVCG9DF102386;

2013 Chrysler 300, VIN 2C3CCAAG1DH508036;

2014 Honda Accord, VIN: 1HGCR3F81EA025056; and

$42,449.15 in net proceeds from the sale of 7002A and 7044A Longstreet Drive Raleigh, North Carolina legally described in Book 15625, page 1487 and book 15615, page 0454 of the Wake County Registry; and

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this criminal forfeiture action.

SO ORDERED this 8 day of February, 2017.

_____
JAMES C. DEVER, III
Chief United States District Judge

Consented to by:

_____
STEPHEN A. WEST
Attorney for United States of America

_____
ELLIOT SOL ABRAMS
Attorney at Law for Claimant, Haneen Al-Darajy

_____
Robert Hood Hale, Jr.
Attorney for Claimants, Sabbi, LLC and Jill S. Kaplan

3