UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
No. 5:15-CR-188-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| ALI DHAHER AL-DARAJY | |

THIS MATTER came on to be heard upon motion of Claimant Sabbi, LLC., to seal exhibits C and D of the verified claim it filed in this matter, and pursuant to Local Criminal Rule 55.2. The Court finds that good cause exists to seal the Proposed Sealed Documents pursuant to Local Criminal Rule 55.2. Accordingly, Defendant's motion is GRANTED, and the Proposed Sealed Documents will be sealed by this Court and will not be unsealed except upon permission of this Court.

SO ORDERED.

This the 13 day of February, 2017.

Honorable James C. Dever, III
Chief United States District Judge, EDNC