IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-188-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| ALI DHAHER AL-DARAJY, | ) |
| | ) |
| Defendant. | ) |

Ali Dhaher Al-Darajy filed a motion for recommendation regarding length of residential reentry center placement [D.E. 75]. The Bureau of Prisons can make the decision without a recommendation. The motion [D.E. 75] is DENIED without prejudice.

SO ORDERED. This 17 day of January 2019.

JAMES C. DEVER III
United States District Judge