IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-188-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALI DHAHER AL-DARAJY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for a hearing [D.E. 83] not later than February 15, 2019.

SO ORDERED. This 17 day of January 2019.

                                                JAMES C. DEVER III
                                                United States District Judge